# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ELI LILLY AND COMPANY<br><br>    Plaintiff,<br><br>v.<br><br>ARCHANGEL RAPHAEL LLC D/B/A BETTER LIFE PHARMACY,<br><br>    Defendant. | Case No.: 8:23-cv-02111-MSS-SPF |

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Eli Lilly and Company, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    - Plaintiff Eli Lilly and Company is a publicly traded corporation headquartered in Indianapolis, Indiana. Eli Lilly and Company has no corporate parent and no publicly held company or investment fund owns 10% or more of the company's stock.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of

- Plaintiff: Eli Lilly and Company is a corporation organized and existing under the laws of the State of Indiana, with a principal place of business in Indiana.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    - Plaintiff Eli Lilly and Company: *See* answer to No. 1.

    - Plaintiff's counsel: Brian P. Miller of the law firm King & Spalding LLP.

    - Defendant Archangel Raphael, LLC.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    - Eli Lilly and Company; *see* answer to No. 1.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    - None known at this time.

6. Identify each person arguably eligible for restitution:

    - Plaintiff Eli Lilly and Company.

---

partners or members there may be. *See Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017); *D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra*, 661 F.3d 124, 125-27 (1st Cir. 2011).

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

September 19, 2023

By: */s/ Brian P. Miller*
Brian P. Miller
Lead Counsel
Florida Bar No. 0980633
King & Spalding LLP
Southeast Financial Center
200 S Biscayne Boulevard, Suite 4700
Miami, FL 33131
Telephone: (305) 462-6000
Facsimile: (305) 462-6100
bmiller@kslaw.com

**Attorneys for Plaintiff**
**Eli Lilly and Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was provided to a private process server for personal service on the following on the 19th day of September 2023:

Marlene Shaker
1530 McMullen Booth Rd
D-8
Clearwater, FL 33765
*Registered Agent for Defendant*

>                            */s/ Brian P. Miller*
>                            Brian P. Miller